ACCEPTED
01-15-00124-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/25/2015 10:43:11 AM
CHRISTOPHER PRINI
CLERK

# ORLANDO & ORLANDO, L.L.P.

*The Lyric Centre Building*
440 Louisiana, Suite 1110
Houston, Texas 77002
(713) 521-0800 • Fax (713) 521-0842

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/25/2015 10:43:11 AM

CHRISTOPHER A. PRINE
Clerk

February 25, 2015

**Efile**
Court of Appeals First District
**ATTN: Chameka Macon**
301 Fannin Street
Houston, TX 77002-2066

RE:     **Court of Appeals Number:  01-15-00124-CV**
        **Trial Court Case Number:  13CVV050901**
        **Style:  Southwest Pipe Services, Inc and Joe Briers v. Sunbelt Rentals, Inc.,**

Dear Ms. Macon,

Please take notice of change of address and firm affiliation:

Monica Schulz Orlando
Orlando & Orlando, LLP
440 Louisiana, Suite 1110
Houston, Texas 77002
Tel: 713-521-0800
Fax: 713-521-0842

Thank you for your assistance in this matter.

Sincerely,

Monica Schulz Orlando